# United States Court of Appeals
## For the First Circuit

No. 14-1369
No. 14-1371

UNITED STATES OF AMERICA,

Appellee,

v.

JUAN G. QUIÑONES-MELÉNDEZ,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on July 1, 2015 is amended as follows:

On page 12, line 10, an "a" is inserted between "of" and "substantively."